IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-365-08 |
| | ) | |
| LINDSEY NICOLE COCCOLI | ) | |

## MEMORANDUM ORDER OF COURT

The Court has been apprised that a difficult and precarious situation has arisen in this case affecting counsel for Defendant. Accordingly, the Court finds that it is in the interest of justice to appoint James H. Love, Esquire, as an additional attorney on behalf of Defendant.

Section 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act, Chapter II, Part B, provides as follows:

> In an extremely difficult case where the court finds it in the interest of justice to appoint an additional attorney, each attorney is eligible to receive the maximum compensation allowable under the Act. . . .

Therefore, on this the 11th day of June, 2009, it is hereby **ORDERED** as follows:

(1) The Court finds, pursuant to § 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act, that the appointment of James H. Love, Esquire, as an additional attorney to serve as co-counsel for Defendant, Lindsey Nicole Coccoli, in this difficult situation is necessary and in the interest of justice;

(2) The Court also finds, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b), that the services of Attorney Love are necessary for adequate representation of Defendant Coccoli; and

(3) The fees for James H. Love's services are to be paid pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(d) and § 2.11(B) of the Guidelines for the Administration of the Criminal Justice Act.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Troy Rivetti,
Assistant U.S. Attorney
Email: Troy.Rivetti@usdoj.gov

Craig W. Haller,
Assistant U.S. attorney
Email: craig.haller@usdoj.gov

Martha E. Bailor, Esquire
Email: meb@pghmail.com

James H. Love, Esquire
Email: jhl@jameslovelaw.com

Lindsey Nicole Coccoli,
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219